# United States District Court
*Northern District of New York*
## CIVIL JUDGMENT

**Linda McGreevy**

                V.                CASE NUMBER: 1:03-cv-707 (FJS)

**Providence Washington Insurance Company, et al.**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    That Defendant's [10] motion for Summary Judgment is granted in all respects. Judgment is hereby entered in favor of the defendant's.

All of the above pursuant to the order of the Honorable Chief Judge Frederick J. Scullin, Jr., dated the 20th day of June, 2005.

June 20th, 2005                                 LAWRENCE K. BAERMAN
_____     _____
**DATE**                                             **CLERK OF COURT**

                                                                 __S/_____
                                                                 **KARA LOONEY**
                                                                 **DEPUTY CLERK**